FRANK FLACK, an Infant, by BENJAMIN FLACK, His Guardian ad Litem, et al., Appellants, *v.* STAHL-MEYER, INC., Respondent, Impleaded with Another.

Argued May 29, 1940; decided June 14, 1940.

*Maxwell Ross, Lyman A. Spalding* and *Harold L. Grossman* for appellants.

*Arnold La Guardia* for respondent.

Judgment of the Appellate Division reversed and judgment of the Trial Term reinstated, with costs in this court and in the Appellate Division, on the ground that the Record presents a question of fact as to whether the chauffeur Bauser was acting at the time of the accident with the permission of the owner of the motor vehicle. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.